that the newly-discovered evidence of the driver of the bus in question is important and material, and would have a tendency to change the result. We also think that plaintiff used due diligence before the trial to obtain this evidence. Kelly, P. J., Young, Kapper, Lazansky and Hagarty, JJ., concur.

HELEN VANCE, an Infant, by AMY VANCE, Her Guardian ad Litem, Appellant, v. MOELIS RAG AND PAPER STOCK COMPANY, Defendant. HYAMS & HYAMS, Attorneys, Respondents.— Order affirmed, with ten dollars costs and disbursements. This court understands, from statements made by appellant's counsel upon the argument of this appeal, that the amount awarded to plaintiff's former attorneys shall be a part of, and be paid from, the fee to be received by plaintiff's present attorney in the event of recovery or settlement. Kelly, P. J., Young, Kapper, Lazansky and Hagarty, JJ., concur.

ISAAC W. WOOD, Respondent, v. THE BROOKLYN CITY RAILROAD COMPANY, Appellant, and Another, Defendant.— Order setting aside verdict and granting new trial unanimously affirmed, with costs. No opinion. Present — Kelly, P. J., Young, Kapper, Lazansky and Hagarty, JJ.

MARGARET WOOD, Respondent, v. THE BROOKLYN CITY RAILROAD COMPANY, Appellant, and Another, Defendant.— Order setting aside verdict and granting new trial unanimously affirmed, with costs. No opinion. Present — Kelly, P. J., Young, Kapper, Lazansky and Hagarty, JJ.

LILLIAN CAPIE, Respondent, v. JAMES G. CAPIE and Another, Defendants. MABEL I. KOHL, Appellant.— The appeal herein having been decided, the motion to dismiss the appeal is dismissed. Present — Kelly, P. J., Manning, Kapper, Lazansky and Hagarty, JJ.

HERBERT ASKOWITH, Respondent, v. NEWCOMB CARLTON, Appellant.— Order affirmed, with ten dollars costs and disbursements. We are of opinion that the learned justice at Special Term properly exercised his discretion in opening plaintiff's default, and, therefore, affirm the order on the merits, and it is unnecessary to pass upon the effect of the receipt of the costs by defendnat upon his right to appeal. Kelly, P. J., Young, Kapper, Lazansky and Hagarty, JJ., concur.

MARIA AST, Respondent, v. JULIUS MASS, Appellant, and Others, Defendants. — Order denying motion for issuance of supplemental summons and complaint affirmed, with ten dollars costs and disbursements. No opinion. If on the trial it develops that Katherine Gremmling has descendants, they may be brought in by direction of the court. Kelly, P. J., Young, Kapper, Lazansky and Hagarty, JJ., concur.

LILLIAN CAPIE, Respondent, v. JAMES G. CAPIE and Another, Defendants. MABEL I. KOHL, Appellant.— Order directing defendants to produce assignment of mortgage for inspection affirmed, with ten dollars costs and disbursements. No opinion. Kelly, P. J., Manning, Kapper, Lazansky and Hagarty, JJ., concur.

DEE JAY HOLDING CORPORATION, Respondent, v. PATRICK FLEMING and MATHILDA FLEMING, Appellants. Action No. 1. DEE JAY HOLDING CORPORATION, Respondent, v. PATRICK FLEMING, Appellant. Action No. 2.— Order denying defendants' motion to consolidate actions reversed upon the law, with ten dollars costs and disbursements, and motion granted, with ten dollars costs. Although the remedies sought by plaintiff are concurrent, and each action properly brought, the facts involved in the two cases are identical. Concededly,